TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF EAST HAMPTON, Appellant, *v.* R. E. DOWLING REALTY CORPORATION et al., Respondents.

Argued April 14, 1954; decided May 20, 1954.

*George W. Percy* and *George W. Percy, Jr.*, for appellant.

*Stanley Fowler, Harry G. Stephens* and *Benjamin Michne* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.